# LA COMPAÑÍA DE LOS FERROCARRILES DE PUERTO RICO, ET AL.

## *vs.*

## LA COMPAÑÍA LÍNEA FÉRREA DEL OESTE ET AL.

### Moción para que se desestime la apelación.

No. 39.   Resuelto en Mayo 12, 1905.

APELACIÓN.—SENTENCIA NO REGISTRADA.—Una apelación interpuesta contra una sentencia, antes de haberse *registrado* en el libro de sentencias de la Corte de Distrito, es prematura, y debe ser desestimada.

### EXPOSICIÓN DEL CASO.

La Corte de Distrito del Distrito Judicial de San Juan dictó sentencia en el caso arriba expresado con fecha 15

de Marzo de 1905; en 18 de Marzo del mismo año se presentó el escrito apelando de dicha sentencia para ante el Tribunal Supremo y en 20 del mismo mes y año se registró la sentencia en el libro de sentencias de dicha Corte de Distrito.  En 29 de Abril siguiente la representación de la parte apelada presentó moción al Tribunal Supremo para que se desestimara la apelación expresada por el fundamento, entre otros, de haberse presentado el escrito de apelación antes de ser registrada la sentencia.

Abogado del promovente: *Sres. Dexter* y *Hernández Usera.*

Abogado del apelado: *Sr. Alvarez Nava.*

### RESOLUCIÓN DEL TRIBUNAL.

Visto el número 1 é inciso 1 del artículo 295 del Código de Enjuiciamiento Civil vigente, la sección 939 del Código de Enjuiciamiento Civil del Estado de California, y las constantes interpretaciones de esa disposición por el Tribunal Supremo de dicho Estado,

Se declara con lugar la moción presentada por la representación del apelado para que se desestime la apelación interpuesta por Don Ramón Valdés contra la sentencia dictada por la Corte de Distrito de San Juan el día quince de Marzo del corriente año, en el pleito arriba expresado, y en su consecuencia se desestima dicha apelación, con las costas al apelante, con lo cual queda resuelta la otra moción de la misma parte para eliminar del record una declaración jurada hecha y presentada por el abogado del apelante.

Así lo acuerdan y firman los Sres. del Tribunal.

*Con lugar.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernándz, Figueras, MacLeary y Wolf.